**Bill STEPP, Appellant,**

v.

**Mrs. W. H. HARDIN, d/b/a O. K. Market, Appellee.**

Court of Appeals of Kentucky.

Oct. 14, 1960.

W. A. Johnson, R. B. Harrington, Paintsville, for appellant.

Edwin D. Rice, Louisa, for appellee.

PER CURIAM.

Bill Stepp has moved for an appeal from a judgment in the sum of $692.32 in favor of Mrs. W. H. Hardin, doing business as O. K. Market, on a store account. The judgment is based on a verdict in favor of Mrs. Hardin.

The record has been examined. No error has been found.

The motion for an appeal is overruled. The judgment stands affirmed.